JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PEDRO ORLANDO GUERRA, | No. CV 08-00601-SGL (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| DERRAL ADAMS, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 8-28-09

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE